IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BMT CUSTODIANS PTY LTD, AS TRUSTEE FOR THE BYRNES MOTOR TRUST,**

    **Plaintiff,**

v.

**PAUL HACKMANN,**

    **Defendant.**

Case No. 2:11-CV-0807
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

This Court held a telephone status conference on Wednesday, December 14, 2011. Defendant Paul Hackmann has agreed to use best faith efforts to secure a bond within the next week. A telephone status conference in this matter is set for **Thursday, December 22, 2011 at 9:00 a.m.** Chambers will initiate the call. The Court will defer ruling until then.

**IT IS SO ORDERED.**

12-14-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE