IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BMT CUSTODIANS PTY LTD, AS
TRUSTEE FOR THE BYRNES
MOTOR TRUST,

    Plaintiff,

v.

    Case No. 2:11-CV-0807
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE MARK R. ABEL

PAUL HACKMANN,

    Defendant.

## ORDER

This Court held a telephone status conference in this matter on Thursday, December 22, 2011. The parties have informed the Court that they are close to achieving a settlement agreement. All pending motions are therefore **HELD in ABEYANCE** until **Monday, January 2, 2012**.

IT IS SO ORDERED.

12-22-2011
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**