IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BMT CUSTODIANS PTY LTD, AS TRUSTEE FOR THE BYRNES MOTOR TRUST** | Case No. 2:11 CV 807 |
| Plaintiff, | JUDGE SARGUS<br>MAGISTRATE ABEL |
| vs. | **AGREED ENTRY VACATING DEFAULT AND DEFAULT JUDGMENT** |
| **PAUL HACKMANN,** | |
| Defendant. | |

This matter is before the Court upon the agreement of the parties, pursuant to a Settlement Agreement, to vacate the Entry of Default entered November 21, 2011 and the Default Judgment entered November 23, 2011.

It is therefore, **ORDERED, ADJUDGED, AND DECREED** that the Entry of Default entered on November 21, 2011 and the Default Judgment entered November 23, 2011 are hereby **VACATED**. Having been advised that this case has been settled, the parties shall submit a Dismissal Entry to the Court within 30 days if all obligations of the Settlement Agreement have been performed.

**IT IS SO ORDERED.**

<u>January 11, 2012</u>       /s/ *Edmund A. Sargus, Jr.*
JUDGE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ *Jeffrey A. Willis* </br>
Jeffrey A. Willis (0075223) </br>
Charles E. Ticknor, III (0042559) </br>
Dinsmore & Shohl, LLP </br>
191 W. Nationwide Blvd., Ste. 300 </br>
Columbus, Ohio 43215 </br>
(614) 628-6880 </br>
(614) 628-6890 (Fax) </br>
Counsel for Plaintiff

/s/ *Seth K. Kleinman* </br>
Seth K. Kleinman (0074855) </br>
David A. Goldstein (0064461) </br>
David A. Goldstein Co., L.P.A. </br>
326 S. High St., Ste. 500 </br>
Columbus, Ohio 43215 </br>
(614) 222-1889 </br>
(614) 222-1899 (Fax) </br>
Counsel for Defendant