IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BMT CUSTODIANS PTY LTD, AS TRUSTEE FOR THE BYRNES MOTOR TRUST | Case No. 2:11 CV 807 |
| | JUDGE SARGUS |
| Plaintiff, | MAGISTRATE ABEL |
| vs. | **AGREED ENTRY VACATING DEFAULT AND DEFAULT JUDGMENT** |
| PAUL HACKMANN, | |
| Defendant. | |

This matter is before the Court upon the agreement of the parties, pursuant to a Settlement Agreement, to vacate the Entry of Default entered November 21, 2011 and the Default Judgment entered November 23, 2011.

It is therefore, **ORDERED, ADJUDGED, AND DECREED** that the Entry of Default entered on November 21, 2011 and the Default Judgment entered November 23, 2011 are hereby **VACATED**. Having been advised that this case has been settled, the parties shall submit a Dismissal Entry to the Court within 30 days if all obligations of the Settlement Agreement have been performed.

**IT IS SO ORDERED.**

January 11, 2012        /s/ *Edmund A. Sargus, Jr.*
                        JUDGE EDMUND A. SARGUS, JR.
                        UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ *Jeffrey A. Willis*                               /s/ *Seth K. Kleinman*

| | |
|---|---|
| Jeffrey A. Willis (0075223) | Seth K. Kleinman (0074855) |
| Charles E. Ticknor, III (0042559) | David A. Goldstein (0064461) |
| Dinsmore & Shohl, LLP | David A. Goldstein Co., L.P.A. |
| 191 W. Nationwide Blvd., Ste. 300 | 326 S. High St., Ste. 500 |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| (614) 628-6880 | (614) 222-1889 |
| (614) 628-6890 (Fax) | (614) 222-1899 (Fax) |
| Counsel for Plaintiff | Counsel for Defendant |